UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HILLARY WALLS-STEWART,<br><br>Plaintiff,<br><br>v.<br><br>G. STEVEN HAMMOND, DAN PACHOLKE, ERIN LYSTAD, SARA SMITH, RICHARD MORGAN, JOHN/JANE DOE,<br><br>Defendants. | CASE NO. 3:16-CV-05584-BHS-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: November 4, 2016 |

The District Court referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge David W. Christel. Presently before the Court is Plaintiff's "Motion for an Order Dismissing Only Margaret Gilbert as a Defendant Only" ("Motion"). Dkt. 27. The undersigned recommends Defendant Gilbert be dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**BACKGROUND**

On July 26, 2016, this Court directed service of Plaintiff's Complaint. Dkt. 7. Defendant Margaret Gilbert returned a signed waiver of service on August 19, 2016. Dkt. 14. Plaintiff then

REPORT AND RECOMMENDATION - 1

filed an Amended Complaint, which replaced the original Complaint, on August 25, 2016. Defendants filed their Answer on September 13, 2016. Dkt. 34.

Plaintiff filed the Motion on September 14, 2016, prior to Defendants filing their Answer. *See* Dkt. 27, 34. Defendants filed a Response to the Motion stating they do not oppose Plaintiff's request to dismiss Defendant Gilbert. Dkt. 31.

## DISCUSSION

Federal Rule of Civil Procedure 41 sets forth the circumstances under which an action may be dismissed. Under Rule 41(a)(1), an action may be voluntarily dismissed without prejudice by the plaintiff if the plaintiff files a notice of dismissal before the defendant files an answer or summary judgment motion and the plaintiff has not previously dismissed an action "based on or including the same claim." Fed.R.Civ.P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Once the defendant has responded to the complaint, the action may only be dismissed by stipulation of dismissal signed by all parties who have appeared or "by court order, on terms that the court considers proper." Fed.R.Civ.P. 41(a)(1), (2).

Plaintiff requested the dismissal prior to any defendant filing an answer or summary judgment motion. *See* Dkt. 27, 34. The Court also finds Plaintiff has not previously dismissed an action based on the same claim. Therefore, Plaintiff's Motion (Dkt. 27) should be granted pursuant to Rule 41(a)(1).

## CONCLUSION

For the foregoing reasons, the Court recommends Defendant Gilbert be dismissed without prejudice from this action.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.

1  6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*

2  review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit

3  imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on

4  November 4, 2016, as noted in the caption.

5  Dated this 18th day of October, 2016.

*[signature]*

David W. Christel
United States Magistrate Judge