UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HILLARY WALLS-STEWART,

          Plaintiff,

v.

MARGARET GILBERT, et al.,

          Defendants.

CASE NO. C16-5584 BHS-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 47. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff's motion to dismiss Margaret Gilbert (Dkt. 27) is granted; and Defendant Gilbert is dismissed from this action.

Dated this 8th day of November, 2016.

BENJAMIN H. SETTLE
United States District Judge

ORDER